| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Gilbert, Jeffrey T. | 2. Court or Organization<br><br>District Court - Northern Illinois, Eastern Division | 3. Date of Report<br><br>11/14/2013 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Full-time Magistrate Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

Everett McKinley Dirksen Courthouse
219 South Dearborn Street
Suite 1366
Chicago, Illinois 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. May 2010 | Partnership Withdrawal Agreement, Jeffrey T. Gilbert and Reed Smith LLP, Payment of portion of budgeted 2010 compensation, return of capital |
| 2. March 2007 | Reed Smith LLP 401(k) and Defined Benefit Plans |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 11/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2012 | Northwestern University - adjunct faculty | $5,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Northshore University Health System |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 11/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 11/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Advisors ▇ Invest. Acct - No Control | E | Int./Div. | P1 | T | | | | | |
| 2. Wells Fargo Advisors IRA Account ▇ - No control | A | Int./Div. | K | T | | | | | |
| 3. Wells Fargo Advisors IRA Account ▇ - No control | A | Int./Div. | K | T | | | | | |
| 4. JP Morgan Chase ▇ Bank Accounts (Various) | A | Interest | M | T | | | | | |
| 5. Reed Smith Partner Defined Benefit Plan - No control | D | Int./Div. | N | T | | | | | |
| 6. Reed Smith 401(k) Plan - Mellon Stable Asset Fund J | D | Interest | | | Sold | 10/01/12 | N | | |
| 7. Reed Smith 401(k) Plan - Vanguard Retirement Savings Trust | B | Interest | | | Sold | 10/01/12 | K | | |
| 8. Reed Smith 401(k) Plan - EB Daily Liq. Ag., Bond Fund | C | Interest | | | Sold | 10/01/12 | L | | |
| 9. Reed Smith 401(k) Plan - Pimco Total Ret. Fund | B | Interest | | | Sold | 10/01/12 | L | | |
| 10. Reed Smith 401(k) Plan - Vanguard Wellington Fund | C | Int./Div. | | | Sold | 10/01/12 | L | | |
| 11. Reed Smith 401(k) Plan -- Allianz NFJ Div. Val. Fund | D | Int./Div. | | | Sold | 10/01/12 | M | | |
| 12. NWM IRA -- Columbia Acorn International Fund | B | Dividend | K | T | Buy | 10/23/12 | K | | |
| 13. NWM IRA -- Dodge & Cox Income Fund | B | Dividend | K | T | Buy | 10/23/12 | K | | |
| 14. NWM IRA -- Eagle Small Cap Growth Fund Class A | B | Dividend | L | T | Buy | 10/23/12 | L | | |
| 15. NWM IRA -- Franklin High Income Fund Class A | B | Dividend | K | T | Buy | 10/23/12 | K | | |
| 16. NWM IRA -- Harbor Bond Fund Institutional Class | C | Dividend | M | T | Buy | 10/23/12 | M | | |
| 17. NWM IRA -- The Oakmark International Fund | A | Dividend | K | T | Buy | 10/23/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. NWM IRA -- MFS International Growth Fund Class I | A | Dividend | K | T | Buy | 10/23/12 | K | | |
| 19. NWM IRA -- Oppenheimer Developing Markets | A | Dividend | M | T | Buy | 10/23/12 | M | | |
| 20. NWM IRA -- Pimco Income Fund Class A | C | Dividend | L | T | Buy | 10/23/12 | L | | |
| 21. NWM IRA -- Pimco Total Return Fund Class P | B | Dividend | K | T | Buy | 10/23/12 | K | | |
| 22. NWM IRA -- Pimco Commodity Real Return | B | Dividend | L | T | Buy | 10/23/12 | L | | |
| 23. NWM IRA -- Scout International Fund | A | Dividend | K | T | Buy | 10/23/12 | K | | |
| 24. NWM IRA -- Templeton Global Bond Fund Class A | B | Dividend | K | T | Buy | 10/23/12 | K | | |
| 25. NWM IRa -- Vanguard Index FDS Vanguard REIT ETF | C | Dividend | L | T | Buy | 10/23/12 | L | | |
| 26. AXA Variable Life Insurance - EQ/Bern Intern. | A | Int./Div. | J | T | | | | | |
| 27. AXA Variable Life Insurance - EQ/All Bern Small Cap Growth | A | Int./Div. | J | T | | | | | |
| 28. AXA Variable Life Insurance - EQ/Core Bond Index | A | Int./Div. | J | T | | | | | |
| 29. AXA Variable Life Insurance - EQ/ BlackRock Intern.Val. | A | Int./Div. | J | T | | | | | |
| 30. AXA Variable Life Insurance - AllBern Intern. | A | Int./Div. | J | T | | | | | |
| 31. AXA Variable Life Insurance - EQ/Equity Growth Plus | A | Int./Div. | J | T | | | | | |
| 32. AXA Variable Life Insurance - EQ/Large Cap Value Plus | A | Int./Div. | J | T | | | | | |
| 33. AXA Variable Life Insurance - EQ/MidCap Value Plus | A | Int./Div. | J | T | | | | | |
| 34. AXA Variable Life Insurance - EQ/Intermed Govt Bond Index | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 11/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. AXA Variable Life Insurance - Multimanager Mid Cap Growth | A | Int./Div. | J | T | | | | | |
| 36. AXA Variable Life Insurance - Multimanager Mid Cap Value | A | Int./Div. | J | T | | | | | |
| 37. AXA Variable Life Insurance - Multimanager Multi-Sector Bond | A | Int./Div. | J | T | | | | | |
| 38. AXA Variable Life Insurance - Multimanager Small Cap Value | A | Int./Div. | J | T | | | | | |
| 39. Northshore Univ Health 403(b) - ING Artio Foreign | A | Int./Div. | J | T | | | | | |
| 40. Northshore Univ Health 403(b) - ING Small Co Fund | A | Int./Div. | J | T | | | | | |
| 41. Northshore Univ Health 403(b) - PIMCO Total Return | A | Int./Div. | J | T | | | | | |
| 42. Northshore Univ Health 403(b) - Stable Value | A | Int./Div. | K | T | | | | | |
| 43. Northshore Univ Health 403(b) - T Rowe Price Val Fn | A | Int./Div. | J | T | | | | | |
| 44. Kraft Foods Inc CL A | A | Dividend | K | T | Buy | 01/04/12 | K | | |
| 45. Du Pont E.I. De Nemours and Company | A | Dividend | | | Buy | 01/04/12 | J | | |
| 46. Novartis AG Spon ADR | A | Dividend | | | Buy | 01/04/12 | J | | |
| 47. Corn Products Intl Inc | A | Dividend | J | T | Buy | 01/04/12 | J | | |
| 48. Pfizer Incorporated | A | Dividend | | | Buy | 01/04/12 | K | | |
| 49. International Business Machine Corp | A | Dividend | | | Buy | 01/04/12 | K | | |
| 50. Chevron Corporation | A | Dividend | J | T | Buy | 01/04/12 | J | | |
| 51. Aetna Inc (New) | A | Dividend | | | Buy | 01/04/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 11/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Royal Dutch Shell PLC ADR CL A | A | Dividend | | | Buy | 01/04/12 | J | | |
| 53. Total S.A. Spons ADR | A | Dividend | | | Buy | 01/04/12 | K | | |
| 54. Amerisourcebergen Corp | A | Dividend | | | Buy | 01/04/12 | J | | |
| 55. Caterpillar Inc | A | Dividend | | | Buy | 01/04/12 | J | | |
| 56. Tractor Supply Company | A | Dividend | | | Buy | 01/04/12 | J | | |
| 57. Potash Corp of Saskatchewan Inc | A | Dividend | J | T | Buy | 01/04/12 | J | | |
| 58. SPDR S&P Dividend ETF | A | Dividend | | | Buy | 01/04/12 | J | | |
| 59. Disney Walt Company | A | Dividend | J | T | Buy | 01/04/12 | J | | |
| 60. Genuine Parts Co Com | A | Dividend | J | T | Buy | 01/04/12 | J | | |
| 61. McDonalds Corp | A | Dividend | | | Buy | 01/04/12 | K | | |
| 62. Oracle Corporation | A | Dividend | | | Buy | 01/04/12 | K | | |
| 63. Taiwan Semiconductor Mfg Co Ltd ADR | A | Dividend | | | Buy | 01/04/12 | K | | |
| 64. Intel Corp | A | Dividend | | | Buy | 01/04/12 | K | | |
| 65. Powershares High Yield Equity Dividend Achievers Portfolio | A | Dividend | | | Buy | 01/04/12 | J | | |
| 66. United Technologies Corp | A | Dividend | | | Buy | 01/04/12 | J | | |
| 67. Norfolk Southern Corp | A | Dividend | | | Buy | 01/04/12 | K | | |
| 68. Emerson Electric Co | A | Dividend | K | T | Buy | 01/04/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 11/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard Financials ETF | A | Dividend | | | Buy | 01/04/12 | J | | |
| 70. Baxter International Inc | A | Dividend | | | Buy | 01/04/12 | J | | |
| 71. Molex Incorporated | A | Dividend | | | Buy | 01/04/12 | J | | |
| 72. Viacom Inc CL B | A | Dividend | J | T | Buy | 01/04/12 | J | | |
| 73. Vanguard Utilities ETF | A | Dividend | J | T | Buy | 01/04/12 | J | | |
| 74. Vodafone Group PLC Sponsored ADR New | A | Dividend | | | Buy | 01/04/12 | K | | |
| 75. Nucor Corp | A | Dividend | | | Buy | 01/04/12 | K | | |
| 76. 3M Co | A | Dividend | | | Buy | 01/04/12 | K | | |
| 77. Qualcomm Inc | A | Dividend | J | T | Buy | 01/04/12 | J | | |
| 78. Safeway Inc New | A | Dividend | | | Buy | 01/04/12 | J | | |
| 79. Marathon Oil Corp | A | Dividend | | | Buy | 01/04/12 | J | | |
| 80. Coach Inc | A | Dividend | | | Buy | 01/04/12 | J | | |
| 81. Lorillard Inc | A | Dividend | J | T | Buy | 01/04/12 | J | | |
| 82. Deere & Co | A | Dividend | J | T | Buy | 01/04/12 | J | | |
| 83. BHP Billiton Ltd Spon ADR | A | Dividend | | | Buy | 02/01/12 | J | | |
| 84. Mastercard Inc CL A | A | Dividend | K | T | Buy | 02/01/12 | J | | |
| 85. US Bancorp New | A | Dividend | J | T | Buy | 02/01/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 11/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Google Inc CL A | A | Dividend | K | T | Buy | 02/01/12 | K | | |
| 87. Honeywell International Inc | A | Dividend | J | T | Buy | 02/01/12 | J | | |
| 88. Emerson Electric Co | A | Dividend | J | T | Buy | 02/01/12 | J | | |
| 89. KLA-Tencor Corp | A | Dividend | | | Buy | 02/01/12 | J | | |
| 90. Helmerich & Payne Inc | A | Dividend | | | Buy | 02/01/12 | J | | |
| 91. Qualcomm Inc | A | Dividend | J | T | Buy | 02/01/12 | J | | |
| 92. Disney Walt Company | A | Dividend | K | T | Buy | 02/01/12 | J | | |
| 93. Microsoft Corp | A | Dividend | J | T | Buy | 02/01/12 | J | | |
| 94. Blackrock Inc | A | Dividend | | | Buy | 03/09/12 | J | | |
| 95. Teva Pharmaceutical ADR INDS LTD | A | Dividend | | | Buy | 03/09/12 | J | | |
| 96. Union Pacific Corp | A | Dividend | J | T | Buy | 03/09/12 | J | | |
| 97. Vanguard Financials ETF | A | Dividend | | | Buy | 03/09/12 | J | | |
| 98. Teva Pharmaceutical ADR INDS LTD | A | Dividend | | | Buy | 03/22/12 | J | | |
| 99. Aircastle Ltd | A | Dividend | | | Buy | 03/22/12 | J | | |
| 100. BB&T Corp | A | Dividend | | | Buy | 03/22/12 | J | | |
| 101. Discover Financial | A | Dividend | J | T | Buy | 03/22/12 | J | | |
| 102. Global Payments Inc | A | Dividend | | | Buy | 03/22/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 11/14/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Clorox Company | A | Dividend | | | Buy | 04/20/12 | J | | |
| 104. BB&T Corp | A | Dividend | | | Buy | 04/20/12 | J | | |
| 105. Discover Financial | A | Dividend | K | T | Buy | 04/20/12 | J | | |
| 106. Park National Corp | A | Dividend | | | Buy | 04/20/12 | J | | |
| 107. Aflac Inc | A | Dividend | K | T | Buy | 04/20/12 | J | | |
| 108. Corpus Christi TX FFDG GEN IMPT G/O LTD B/E AGM CPN 5.000% | A | Dividend | K | T | Buy | 04/25/12 | K | | |
| 109. Hillsborough Cnty FL SCH BRD REF B/E | A | Dividend | K | T | Buy | 04/25/12 | K | | |
| 110. Exxon Mobil Corp | A | Dividend | K | T | Buy | 05/10/12 | K | | |
| 111. BP PLC SPONS ADR | A | Dividend | | | Buy | 05/10/12 | K | | |
| 112. Union Pacific Corp | A | Dividend | J | T | Buy | 05/10/12 | J | | |
| 113. Verizon Communications Com | A | Dividend | | | Buy | 05/25/12 | J | | |
| 114. UnitedHealth Group Inc | A | Dividend | J | T | Buy | 05/25/12 | J | | |
| 115. CVS Caremark Corp | A | Dividend | J | T | Buy | 05/25/12 | J | | |
| 116. Merck & Co. Inc New | A | Dividend | J | T | Buy | 05/25/12 | J | | |
| 117. Aflac Inc | A | Dividend | J | T | Buy | 05/25/12 | J | | |
| 118. Southern Cooper Corp | A | Dividend | J | T | Buy | 05/25/12 | J | | |
| 119. Cliffs Natural Resources | A | Dividend | | | Buy | 05/25/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 11/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Vanguard Utilities ETF | A | Dividend | J | T | Buy | 06/12/12 | J | | |
| 121. Glaxosmithkline PLC-ADR | A | Dividend | J | T | Buy | 06/12/12 | J | | |
| 122. Anglogold Ashanti Ltd SPON ADR | A | Dividend | | | Buy | 06/12/12 | K | | |
| 123. UnitedHealth Group Inc | A | Dividend | J | T | Buy | 06/12/12 | J | | |
| 124. Vanguard ETF Telecommunications Services | A | Dividend | | | Buy | 06/12/12 | K | | |
| 125. CVS Caremark Corp | A | Dividend | J | T | Buy | 06/12/12 | J | | |
| 126. CA Inc | A | Dividend | | | Buy | 06/18/12 | J | | |
| 127. Caterpillar Inc | A | Dividend | J | T | Buy | 06/18/12 | J | | |
| 128. Nextera Energy Inc | A | Dividend | | | Buy | 06/18/12 | J | | |
| 129. Kimberly-Clark Corp | A | Dividend | J | T | Buy | 06/28/12 | J | | |
| 130. CA Inc | A | Dividend | | | Buy | 06/28/12 | J | | |
| 131. Genuine Parts Co Com | A | Dividend | J | T | Buy | 06/28/12 | J | | |
| 132. Merck & Co Inc New | A | Dividend | J | T | Buy | 07/03/12 | J | | |
| 133. Kimberly-Clark Corp | A | Dividend | J | T | Buy | 07/03/12 | J | | |
| 134. Nextera Energy Inc | A | Dividend | | | Buy | 07/03/12 | J | | |
| 135. Potash Corp of Saskatchewan Inc | A | Dividend | J | T | Buy | 07/03/12 | J | | |
| 136. Halliburton Company | A | Dividend | | | Buy | 08/02/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 11/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Valero Energy Corp New (Valero Rfng & Mkting) | A | Dividend | | | Buy | 08/02/12 | J | | |
| 138. Honeywell International Inc | A | Dividend | J | T | Buy | 08/02/12 | J | | |
| 139. Aflac Inc | A | Dividend | J | T | Buy | 08/02/12 | J | | |
| 140. Lorillard Inc | A | Dividend | J | T | Buy | 08/15/12 | J | | |
| 141. Caterpillar Inc | A | Dividend | J | T | Buy | 08/15/12 | J | | |
| 142. BB&T Corp | A | Dividend | | | Buy | 08/15/12 | J | | |
| 143. Du Pont E.I. De Nemours and Company | A | Dividend | | | Buy | 08/15/12 | J | | |
| 144. Powershares Water Sources | A | Dividend | K | T | Buy | 08/21/12 | K | | |
| 145. Seagate Technology PLC | A | Dividend | | | Buy | 08/21/12 | J | | |
| 146. Virgin Valley NV Wtr Dist Wtr Rev B/Q B/E MBIA | A | Dividend | K | T | Buy | 08/24/12 | K | | |
| 147. Halliburton Company | A | Dividend | | | Buy | 08/30/12 | J | | |
| 148. Deere & Co | A | Dividend | J | T | Buy | 08/30/12 | J | | |
| 149. Abbott Laboratories | A | Dividend | | | Buy | 10/10/12 | J | | |
| 150. Kraft Foods Group | A | Dividend | | | Buy | 10/10/12 | J | | |
| 151. Intel Corp | A | Dividend | | | Buy | 10/10/12 | J | | |
| 152. SPDR S&P Bank ETF | A | Dividend | | | Buy | 10/10/12 | K | | |
| 153. Caterpillar Inc | A | Dividend | J | T | Buy | 10/10/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 11/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Powershares Water Resources | A | Dividend | J | T | Buy | 10/10/12 | J | | |
| 155. SPDR Gold Trust ETF | A | Dividend | K | T | Buy | 10/10/12 | K | | |
| 156. Du Pont E.I. De Nemours and Company | A | Dividend | | | Buy | 10/10/12 | J | | |
| 157. ConocoPhillips | A | Dividend | | | Buy | 10/10/12 | J | | |
| 158. Lorillard Inc | A | Dividend | J | T | Buy | 10/10/12 | J | | |
| 159. Vanguard Utilities ETF | A | Dividend | J | T | Buy | 10/10/12 | J | | |
| 160. Potash Corp of Saskatchewan Inc | A | Dividend | J | T | Buy | 10/10/12 | J | | |
| 161. Ishares MSCI EAFE Index Fund | A | Dividend | K | T | Buy | 10/10/12 | K | | |
| 162. Halliburton Company | A | Dividend | | | Buy | 10/10/12 | J | | |
| 163. Seagate Technology PLC | A | Dividend | | | Buy | 10/10/12 | K | | |
| 164. Qualcomm Inc | A | Dividend | J | T | Buy | 10/10/12 | J | | |
| 165. UnitedHealth Group Inc | A | Dividend | J | T | Buy | 10/10/12 | J | | |
| 166. Emerson Electric Co | A | Dividend | J | T | Buy | 10/10/12 | J | | |
| 167. CA Inc | A | Dividend | | | Buy | 10/10/12 | J | | |
| 168. Suntrust Banks Inc | A | Dividend | K | T | Buy | 11/08/12 | K | | |
| 169. Viacom Inc CL B | A | Dividend | J | T | Buy | 11/08/12 | J | | |
| 170. Ishares MSCI EAFE Index Fund | A | Dividend | K | T | Buy | 11/08/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 11/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Pfizer Incorporated | A | Dividend | J | T | Buy | 11/08/12 | K | | |
| 172. Omnicom Group | A | Dividend | J | T | Buy | 11/08/12 | J | | |
| 173. Scripps Networks Interactive | A | Dividend | K | T | Buy | 11/08/12 | K | | |
| 174. Starbucks Corp | A | Dividend | K | T | Buy | 11/08/12 | K | | |
| 175. Equifax Inc | A | Dividend | K | T | Buy | 11/08/12 | K | | |
| 176. Amgen Inc | A | Dividend | J | T | Buy | 11/14/12 | J | | |
| 177. Rayonier Inc | A | Dividend | J | T | Buy | 11/14/12 | J | | |
| 178. Home Depot Inc | A | Dividend | J | T | Buy | 11/14/12 | J | | |
| 179. Murphy Oil Corp | A | Dividend | K | T | Buy | 11/20/12 | K | | |
| 180. Intuit Inc | A | Dividend | J | T | Buy | 11/20/12 | J | | |
| 181. SAP AG-Sponsored ADR | A | Dividend | K | T | Buy | 11/20/12 | K | | |
| 182. National Oilwell Varco Inc | A | Dividend | K | T | Buy | 11/20/12 | K | | |
| 183. Amdocs Ltd | A | Dividend | K | T | Buy | 11/20/12 | K | | |
| 184. Vanguard Energy ETF | A | Dividend | J | T | Buy | 11/20/12 | J | | |
| 185. Taiwan Semconductor Mfg Co Ltd ADR | A | Dividend | K | T | Buy | 11/20/12 | K | | |
| 186. Georgia St Rd & Twy Auth Rev Fed Hwy Grant Antic BDS-SER A | A | Dividend | K | T | Buy | 12/21/12 | K | | |
| 187. Pennsylvania St Ida Rev Rfdg Econ Dev B/ E CPN 5.000% Due 7/1 | A | Dividend | K | T | Buy | 12/21/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  Clorox Company | A | Dividend | J | T | Buy | 12/27/12 | J | | |
| 189.  Resmed Inc | A | Dividend | J | T | Buy | 12/27/12 | J | | |
| 190.  Cheesecake Factory Inc | A | Dividend | J | T | Buy | 12/27/12 | J | | |
| 191.  Automatic Data Processing | A | Dividend | K | T | Buy | 12/27/12 | K | | |
| 192.  Express Scripts Inc CL A | A | Dividend | | | Sold | 01/04/12 | J | | |
| 193.  Novo Nordisk A S ADR | A | Dividend | | | Sold | 01/04/12 | J | | |
| 194.  Vanguard Information ETF Technology | A | Dividend | | | Sold | 01/04/12 | K | | |
| 195.  Symantec Corp. | A | Dividend | | | Sold | 01/04/12 | J | | |
| 196.  Hansen Natural Corp | A | Dividend | | | Sold | 01/04/12 | J | | |
| 197.  SPDR Gold Trust ETF | A | Dividend | | | Sold | 01/04/12 | J | | |
| 198.  Fossil Inc | A | Dividend | | | Sold | 01/04/12 | J | | |
| 199.  Mastercard Inc CL A | A | Dividend | | | Sold | 01/04/12 | J | | |
| 200.  Edwards Lifescience Corp | A | Dividend | | | Sold | 01/04/12 | J | | |
| 201.  ConocoPhillips | A | Dividend | | | Sold | 01/04/12 | J | | |
| 202.  General Mills Inc | A | Dividend | | | Sold | 01/04/12 | J | | |
| 203.  Priceline Com Inc Com New | A | Dividend | | | Sold | 01/04/12 | J | | |
| 204.  Check Point Software Tech Ltd | A | Dividend | | | Sold | 01/04/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Canadian Natl Ry Co | A | Dividend | | | Sold | 01/04/12 | K | | |
| 206. Cummins Inc | A | Dividend | | | Sold | 01/04/12 | K | | |
| 207. Nvidia Corp | A | Dividend | | | Sold | 01/04/12 | J | | |
| 208. O'Reilly Automotive Inc | A | Dividend | | | Sold | 01/04/12 | J | | |
| 209. Dover Corp Common | A | Dividend | | | Sold | 01/04/12 | K | | |
| 210. Old Dominion Freight Line Inc | A | Dividend | | | Sold | 01/04/12 | J | | |
| 211. Google Inc CL A | A | Dividend | | | Sold | 01/04/12 | J | | |
| 212. Cliffs Natural Resources | A | Dividend | | | Sold | 01/04/12 | J | | |
| 213. DirecTV Class A Common | A | Dividend | | | Sold | 01/04/12 | J | | |
| 214. Celgene Corp | A | Dividend | | | Sold | 01/04/12 | K | | |
| 215. Starbucks Corp | A | Dividend | | | Sold | 01/04/12 | K | | |
| 216. Shire PLC | A | Dividend | | | Sold | 01/04/12 | J | | |
| 217. Borg Warner Inc | A | Dividend | | | Sold | 01/04/12 | J | | |
| 218. SPDR Gold Trust ETF | A | Dividend | | | Sold | 02/01/12 | J | | |
| 219. 3M Co | A | Dividend | | | Sold | 02/01/12 | J | | |
| 220. Vanguard Financials ETF | A | Dividend | | | Sold | 02/01/12 | J | | |
| 221. Apple Inc. | A | Dividend | | | Sold | 02/01/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 11/14/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Du Pont E.I. De Nemours and Company | A | Dividend | | | Sold | 02/01/12 | J | | |
| 223. Oracle Company | A | Dividend | | | Sold | 02/01/12 | K | | |
| 224. AETNA Inc (New) | A | Dividend | | | Sold | 02/01/12 | J | | |
| 225. Tractor Supply Company | A | Dividend | | | Sold | 02/01/12 | J | | |
| 226. Caterpillar Inc | A | Dividend | | | Sold | 02/01/12 | J | | |
| 227. Taiwan Semiconductor Mfg Co Ltd ADR | A | Dividend | | | Sold | 02/01/12 | J | | |
| 228. Kraft Foods Inc CL A | A | Dividend | | | Sold | 02/01/12 | J | | |
| 229. Novartis AG Spon ADR | A | Dividend | | | Sold | 02/01/12 | K | | |
| 230. TJX Cos Inc New | A | Dividend | | | Sold | 02/01/12 | J | | |
| 231. SPDR S&P Dividend ETF | A | Dividend | | | Sold | 02/01/12 | J | | |
| 232. Omnicom Group | A | Dividend | | | Sold | 02/01/12 | J | | |
| 233. International Business Machine Corp | A | Dividend | | | Sold | 02/01/12 | J | | |
| 234. Intel Corp | A | Dividend | | | Sold | 02/01/12 | J | | |
| 235. Ross Stores Inc (CALIF) | A | Dividend | | | Sold | 02/01/12 | J | | |
| 236. Baxter International Inc | A | Dividend | | | Sold | 02/01/12 | J | | |
| 237. Potash Corp of Saskatchewan Inc | A | Dividend | | | Sold | 02/01/12 | J | | |
| 238. United Technologies Corp | A | Dividend | | | Sold | 02/01/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 18 of 28

Name of Person Reporting

Gilbert, Jeffrey T.

Date of Report

11/14/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Perkinelmer Inc | A | Dividend | | | Sold | 02/01/12 | J | | |
| 240. Nucor Corp | A | Dividend | | | Sold | 02/01/12 | J | | |
| 241. Corn Products Intl Inc | A | Dividend | | | Sold | 02/01/12 | J | | |
| 242. Novo Nordisk A S ADR | A | Dividend | | | Sold | 02/01/12 | J | | |
| 243. Total S.A. Spons ADR | A | Dividend | | | Sold | 02/01/12 | J | | |
| 244. Marathon Oil Corp | A | Dividend | | | Sold | 02/01/12 | J | | |
| 245. Coach Inc | A | Dividend | | | Sold | 02/01/12 | J | | |
| 246. Deere & Co | A | Dividend | | | Sold | 02/01/12 | J | | |
| 247. Molex International | A | Dividend | | | Sold | 02/01/12 | K | | |
| 248. Norfolk Southern Corp | A | Dividend | | | Sold | 03/07/12 | K | | |
| 249. AmerisourceBergen Corp | A | Dividend | | | Sold | 03/09/12 | J | | |
| 250. Potash Corp of Saskatchewan Inc | A | Dividend | | | Sold | 03/09/12 | J | | |
| 251. Power shares High Yield Equity Dividend Achievers Portfolio | A | Dividend | | | Sold | 03/09/12 | J | | |
| 252. United Technologies Corp | A | Dividend | | | Sold | 03/09/12 | J | | |
| 253. Vondafone Group PLC Sponsored ADR NEW | A | Dividend | | | Sold | 03/09/12 | K | | |
| 254. KLA-Tencor Corp | A | Dividend | | | Sold | 03/09/12 | J | | |
| 255. Safeway Inc New | A | Dividend | | | Sold | 03/29/12 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000

2. Value Codes (See Columns C1 and D3)
J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000

3. Value Method Codes (See Column C2)
Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
U =Book Value   V =Other   W =Estimated

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  Helmerich & Payne Inc | A | Dividend | | | Sold | 03/29/12 | K | | |
| 257.  Global Payments Inc | A | Dividend | | | Sold | 04/03/12 | J | | |
| 258.  Total S.A. Spons ADR | A | Dividend | | | Sold | 04/11/12 | K | | |
| 259.  Telefonica S A Spon ADR | A | Dividend | | | Sold | 04/11/12 | J | | |
| 260.  Caterpillar Inc | A | Dividend | | | Sold | 04/11/12 | J | | |
| 261.  Aircastle Ltd | A | Dividend | | | Sold | 04/11/12 | J | | |
| 262.  Nucor Corp | A | Dividend | | | Sold | 05/09/12 | J | | |
| 263.  Coach Inc | A | Dividend | | | Sold | 05/09/12 | J | | |
| 264.  Marathon Oil Corp | A | Dividend | | | Sold | 05/09/12 | J | | |
| 265.  SPDR Gold Trust ETF | A | Dividend | | | Sold | 05/09/12 | K | | |
| 266.  Caterpillar Inc | A | Dividend | | | Sold | 05/09/12 | J | | |
| 267.  Blackrock Inc | A | Dividend | | | Sold | 05/09/12 | J | | |
| 268.  AETNA Inc (New) | A | Dividend | | | Sold | 05/10/12 | J | | |
| 269.  Qualcomm Inc | A | Dividend | | | Sold | 05/17/12 | J | | |
| 270.  Blackrock Inc | A | Dividend | | | Sold | 05/17/12 | J | | |
| 271.  Vanguard Financials ETF | A | Dividend | | | Sold | 05/17/12 | K | | |
| 272.  Royal Dutch Shell PLC ADR CL A | A | Dividend | | | Sold | 05/17/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. SPDR S&P Dividend ETV | A | Dividend | | | Sold | 05/18/12 | L | | |
| 274. Nucor Corp | A | Dividend | | | Sold | 05/23/12 | J | | |
| 275. BHP Billiton Ltd Spon ADR | A | Dividend | | | Sold | 05/23/12 | J | | |
| 276. Teva Pharmaceutical ADR INDS Ltd | A | Dividend | | | Sold | 05/23/12 | K | | |
| 277. KLA-Tencor Corp | A | Dividend | | | Sold | 05/23/12 | J | | |
| 278. Baxter International Corp | A | Dividend | | | Sold | 05/25/12 | J | | |
| 279. Marathon Oil Corp | A | Dividend | | | Sold | 05/25/12 | J | | |
| 280. AETNA Inc (New) | A | Dividend | | | Sold | 05/25/12 | J | | |
| 281. Royal Dutch Shell PLC ADR CL A | A | Dividend | | | Sold | 06/01/12 | J | | |
| 282. BP PLS Spons ADR | A | Dividend | | | Sold | 06/01/12 | J | | |
| 283. Aflac Inc | A | Dividend | | | Sold | 06/04/12 | J | | |
| 284. BB&T Corp | A | Dividend | | | Sold | 06/04/12 | J | | |
| 285. Deere & Co | A | Dividend | | | Sold | 06/04/12 | J | | |
| 286. Honeywell International Inc | A | Dividend | | | Sold | 06/04/12 | J | | |
| 287. Du Pont E.I. De Nemours and Company | A | Dividend | | | Sold | 06/04/12 | J | | |
| 288. Taiwan Semiconductor Mfg Co Ltd ADR | A | Dividend | | | Sold | 06/04/12 | J | | |
| 289. Ingredion Incorporated | A | Dividend | | | Sold | 06/05/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 11/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290.  Clorox Company | A | Dividend | | | Sold | 06/28/12 | J | | |
| 291.  Tractor Supply Company | A | Dividend | | | Sold | 06/28/12 | J | | |
| 292.  Taiwan Semiconductor Mfg Co Ltd ADR | A | Dividend | | | Sold | 07/24/12 | J | | |
| 293.  Perkinelmer Inc | A | Dividend | | | Sold | 07/24/12 | J | | |
| 294.  Cliffs Natural Resources | A | Dividend | | | Sold | 08/02/12 | J | | |
| 295.  Novo Nordisk A S ADR | A | Dividend | | | Sold | 08/02/12 | K | | |
| 296.  Vanguard Utilities ETF | A | Dividend | | | Sold | 08/21/12 | J | | |
| 297.  Verizon Communications Com | A | Dividend | | | Sold | 08/21/12 | J | | |
| 298.  Vanguard ETF Telecommunications Services | A | Dividend | | | Sold | 08/21/12 | K | | |
| 299.  Nextera Energy Inc | A | Dividend | | | Sold | 08/21/12 | K | | |
| 300.  Anglogold Ashanti Ltd Spon ADR | A | Dividend | | | Sold | 08/30/12 | K | | |
| 301.  International Business Machine Corp | A | Dividend | | | Sold | 10/10/12 | J | | |
| 302.  Southern Copper Corp | A | Dividend | | | Sold | 10/10/12 | J | | |
| 303.  Pfizer Incorporated | A | Dividend | | | Sold | 10/10/12 | J | | |
| 304.  Coca-Cola Company | A | Dividend | | | Sold | 10/10/12 | K | | |
| 305.  Chevron Corporation | A | Dividend | | | Sold | 10/10/12 | J | | |
| 306.  Disney Walt Company | A | Dividend | | | Sold | 10/10/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 11/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  Exxon Mobil Corp | A | Dividend | | | Sold | 10/10/12 | J | | |
| 308.  Park National Corp | A | Dividend | | | Sold | 10/10/12 | J | | |
| 309.  Google Inc CL A | A | Dividend | | | Sold | 10/10/12 | J | | |
| 310.  Phillps 66 | A | Dividend | | | Sold | 10/10/12 | J | | |
| 311.  Omnicom Group | A | Dividend | | | Sold | 10/10/12 | J | | |
| 312.  Apple Inc | A | Dividend | | | Sold | 10/10/12 | J | | |
| 313.  Mastercard Inc CL A | A | Dividend | | | Sold | 10/10/12 | J | | |
| 314.  BP PLC Spons ADR | A | Dividend | | | Sold | 10/10/12 | J | | |
| 315.  US Bancorp New | A | Dividend | | | Sold | 10/10/12 | J | | |
| 316.  TJX Cos Inc New | A | Dividend | | | Sold | 10/10/12 | J | | |
| 317.  Mondelez Intl Inc | A | Dividend | | | Sold | 10/10/12 | J | | |
| 318.  Viacom Inc CL B | A | Dividend | | | Sold | 10/10/12 | J | | |
| 319.  Ross Stores Inc (CALIF) | A | Dividend | | | Sold | 10/10/12 | J | | |
| 320.  Discover Financial | A | Dividend | | | Sold | 10/10/12 | J | | |
| 321.  BB&T Corp | A | Dividend | | | Sold | 10/18/12 | K | | |
| 322.  International Business Machine Corp | A | Dividend | | | Sold | 10/18/12 | K | | |
| 323.  Abbott Laboratories | A | Dividend | | | Sold | 10/18/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 11/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. Valero Energy Corp New (Valero Refng & Mkting) | A | Dividend | | | Sold | 10/25/12 | J | | |
| 325. McDonalds Corp | A | Dividend | | | Sold | 10/25/12 | K | | |
| 326. ConocoPhillips | A | Dividend | | | Sold | 10/25/12 | K | | |
| 327. CA Inc | A | Dividend | | | Sold | 11/01/12 | K | | |
| 328. O'Reilly Automotive Inc | A | Dividend | | | Sold | 11/01/12 | J | | |
| 329. Pfizer Incorporated | A | Dividend | | | Sold | 11/01/12 | K | | |
| 330. Apple Inc | A | Dividend | | | Sold | 11/01/12 | K | | |
| 331. TJX Cos Inc New | A | Dividend | | | Sold | 11/01/12 | K | | |
| 332. Mondelez Intl Inc | A | Dividend | | | Sold | 11/01/12 | J | | |
| 333. Kraft Foods Group | A | Dividend | | | Sold | 11/01/12 | J | | |
| 334. Ross Stores Inc (CALIF) | A | Dividend | | | Sold | 11/01/12 | K | | |
| 335. Halliburton Company | A | Dividend | | | Sold | 11/14/12 | K | | |
| 336. Du Pont E.I. De Nemours And Company | A | Dividend | | | Sold | 11/14/12 | K | | |
| 337. Intel Corp | A | Dividend | | | Sold | 11/14/12 | K | | |
| 338. Seagate Technology PLC | A | Dividend | | | Sold | 11/14/12 | K | | |
| 339. SPDR S&P Bank ETF | A | Dividend | | | Sold | 11/20/12 | K | | |
| 340. SPDR S&P Bank ETF | A | Dividend | | | Buy | 10/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 11/14/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Vanguard Utilities ETF | A | Dividend | J | T | Buy | 10/31/12 | J | | |
| 342. Vanguard Information ETF Technology | A | Dividend | | | Sold | 05/10/12 | J | | |
| 343. SPDR S&P Dividend ETF | A | Dividend | | | Sold | 05/18/12 | J | | |
| 344. SPDR S&P Bank ETF | A | Dividend | | | Sold | 11/20/12 | J | | |
| 345. Milwaukee Wisconsin Prom NTS SER N1 G/O UNLTD B/E AGM | A | Interest | K | T | | | | | |
| 346. District Columbia REF-SER C G/O UNLTD B/E XLCA | A | Interest | K | T | | | | | |
| 347. Brevard Cnty FL Merritt G/O Ltd B/E AMBAC | A | Interest | K | T | | | | | |
| 348. Brevard Cnty FL Merritt Island G/O Ltd B/E AMBAC ETM | A | Interest | J | T | | | | | |
| 349. Rice LK WI Area School Dist SCH IMPT SER A G/O UNLTD B/E AGM | A | Interest | K | T | | | | | |
| 350. Parma Ohio SER A G/O UNLTD B/Q B/E MBIA | A | Interest | K | T | | | | | |
| 351. Mountaintop Area JT San Auth PA SWR REV GTD RFDG B/E AGM B/Q | A | Interest | K | T | | | | | |
| 352. East China Sch Dis MI REF G/O UNLTD B/E MBIA RE FGIC | A | Interest | K | T | | | | | |
| 353. Lanse Creuse MI Pub Sch REF G/O UNLTD B/E FSA | A | Interest | K | T | | | | | |
| 354. Lincoln Park MI Sch Dist RFDG G/O UNLTD B/E FSA | A | Interest | K | T | | | | | |
| 355. Miami Dade Cnty FL Expwy Auth Toll Sys REV SER B B/E Assured | A | Interest | K | T | | | | | |
| 356. Holmen WI Corp PUPR SER A G/O UNLTD B/E Assured Guar B/Q | A | Interest | K | T | | | | | |
| 357. Huntsville AL CAP IMPT WTR SER C G/O UNLTD B/E MBIA | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Huntingdon PA G/O B/E Assured Guar B/Q | A | Interest | K | T | | | | | |
| 359. Ontario OH Loc Sch Dist RFDG SCH IMPT G/O UNLTD B/E AGM B/Q | A | Interest | K | T | | | | | |
| 360. Snohomish & Island Cnty's WA S/D NO 401 Stanwood REF G/O UN | A | Interest | K | T | | | | | |
| 361. New Britian CT Subser B 1 G/O B/E AGM | A | Interest | M | T | | | | | |
| 362. Pennsylvania ST IDA REV RFDG ECON DEV B/E DTD 5/01/12 FC 01/ | A | Interest | K | T | Buy | 12/21/12 | J | | |
| 363. Virgin Valley NV WTR DIST WTR REV B/Q B/E DTD 03/14/06 FC 06 | A | Interest | K | T | Buy | 8/24/12 | J | | |
| 364. Chevron Corporation CVX - acq 8/30/11 | A | Dividend | J | T | | | | | |
| 365. Chevron Corporation CVX - acq 11/10/11 | A | Dividend | J | T | | | | | |
| 366. Deere & Co DE - acq 6/9/11 | A | Dividend | J | T | | | | | |
| 367. Genuine Parts Co COM GPC - acq 12/28/11 | A | Dividend | J | T | | | | | |
| 368. Google Inc CL A GOOG- acq 12/9/11 | A | Dividend | J | T | | | | | |
| 369. Mastercard Inc CL A MA - acq 8/16/11 | A | Dividend | J | T | | | | | |
| 370. Microsoft Corp MSFT - acq 8/2/11 | A | Dividend | J | T | | | | | |
| 371. Omnicom Group OMC - acq 12/28/11 | A | Dividend | J | T | | | | | |
| 372. Potash Corp of Saskatchewan Inc - acq 12/28/11 | A | Dividend | J | T | | | | | |
| 373. US Bancorp New USB - acq 12/9/11 | A | Dividend | J | T | | | | | |
| 374. Vanguard Utilities ET VPU - acq 12/9/11 | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 11/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. Viacom Inc CL B VIAB - acq 12/28/11 | A | Dividend | J | T | | | | | |
| 376. State Pub Sch Bldg. Auth PA Sch Conneaut Sch Dist PJ-Ser | A | Dividend | | | Redeemed | 11/02/12 | J | | |
| 377. Moon Area Sch Dist PA G/O UNLTD B/E AGM | A | Interest | K | T | | | | | |
| 378. New Braunfels TX CTF OBLG DB B/E Ambac | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 11/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Investments and Trusts. My responses to the Committee's questions in its letter dated October 17, 2013, are in paragraphs (2) through (8) below.

(1) Lines 1 and 2. The individual stocks and bonds listed on Lines 44-378 are or were held in the Wells Fargo joint and/or my Wells Fargo IRA account.

(2) In October 2012, I rolled my Reed Smith 401(k) plan assets into an IRA account with Northwestern Mutual (reported in this amended Report at Lines 12-25 and in my original Report at Lines 6 through 11).

(3) Ingredion Incorporated (Line 283 of my original 2012 Report and Line 289 of this amended Report) was formerly known as Corn Products International. It is listed as a purchase in my original 2012 Report at Line 41 (and in this report at Line 47).

(4) My interest in Whittton Property, listed in my 2011 Report on Line 25, was gifted to a non-dependent relative in a non-reportable transaction. That is why it is not included in my 2012 Report.

(5) My Reed Smith capital account, listed in my 2011 Report on Line 31, was fully paid out in 2011. That is why it is not included in my 2012 Report.

(6) The Phillips 66 stock reported as a sale transaction at Line 304 of my original 2012 Report (Line 310 of this amended Report) was purchased in 2010 as Conoco and reported in my 2011 Report as having been purchased in a prior year and held at 2011 year end. Conoco spun-off Phillips 66 into a separate company in May 2012. Conoco shareholders received shares of Phillip's 66.

(7) The Mondelez shares listed as sold at Lines 317 and 332 in this amended Report (Lines 311 and 326 in my original 2012 Report) were purchased as Kraft and reported at Lines 38 and 144 of the original 2012 Report (Lines 44 and 150 of this amended Report). Kraft changed its name to Mondelez in 2012 and that is why the sale is listed as Mondelez shares.

(8) The Conneaut School District Bond reported in the 2011 Report on Line 55 was redeemed in 2012. It is reported in this amended report on Line 376. The Moon Area School District and New Braunfels Bonds reported in my 2011 Report at Lines 56 and 57 were left off my original 2012 Report in error. They are still in my portfolio and are now reported on Lines 377 and 378 of this amended Report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeffrey T. Gilbert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544